USDC SCAN INDEX SHEET

















R1R 4/21/04 10:32

3:03-CR-03534 USA V. DOMINGUEZ-MAROYOQUI

*13*

*CRMO.*



**Minutes of the United States District Court**
**Southern District of California**
**Wednesday, April 14, 2004**

**2003CR03534-BTM**

**For the Honorable: Barry Ted Moskowitz District Judge**

**Deputy Clerk: Sara August Court Reporter/ECR: Israel VanBramer**

**On Calendar:**

**2003CR03534-BTM**

USA vs.

(1)**CARLOS DOMINGUEZ-MAROYOQUI (C)**

Lang Booking #
SPA47016198 **(1) James Winston Gleave CJA**
619 238-0677
**Kevin Michael Mulcahy AUSA**
619 557-5610

**DISPOSITION HRG (1)**

**Minutes:**

**FILED PLEA AGREEMENT**
**CHANGE OF PLEA TO CT1**
**GUILTY TO COUNT 1**
**REFERRED TO PROBATION FOR PRESENTENCE REPORT**
**PO REPORT AND SENT HRG SET FOR 7-14-04 @ 8:30AM**
**ALL PENDING MOTIONS - MOOT**